**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**GARET P. SORVALA,**<br><br>**Defendant.** | **6:25-po-5057-KLD**<br><br><br>**ORDER**<br><br>**Violation No.: F5227936**<br>**Location Code: M5** |

Before the Court is the motion of the United States to set collateral and quash the arrest warrant issued on October 7, 2025.   For good cause shown, the motion is granted.

IT IS HEREBY ORDERED that the defendant shall pay the collateral forfeiture amount of $60.00 in addition to the $30.00 processing fee and $10.00 special assessment for a total amount of $100.00 for Violation No. F5227936.

IT IS FURTHER ORDERED that the arrest warrant issued is QUASHED.

///

///

///

///

1

Payment may be made via U.S. Mail to:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278-0549

Or, online following the instructions at: https://www.cvb.uscourts.gov/


DATED this __21st__ day of October, 2025.


_____
Kathleen L. DeSoto
United States Magistrate Judge